**Order entered December 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01375-CR**
**No. 05-18-01376-CR**

**CLEVELAND ELIJAH POWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-24262-U & F16-54139-U**

## ORDER

We **REINSTATE** these appeals.

On December 11, 2019, a supplemental clerk's record containing the trial court's appointment of counsel was filed. We **DIRECT** the Clerk to list Juanita Edgecombe as counsel for appellant.

We **ORDER** appellant's brief due by **January 31, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Juanita Edgecombe; to Cleveland Elijah Powell, TDCJ#02225391, Boyd Unit, 200 Spur 113, Teague, TX 75860-2007; and to the Dallas County District Attorney's Office.

/s/     CORY L. CARLYLE
           JUSTICE